IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 7:09-CR-00045 |
| v. | ) |
| | ) |
| ROBERT LEE BENNETT, | ) |
| | ) By: Michael F. Urbanski |
| Defendant | ) Chief United States District Judge |

## ORDER

As set forth in the accompanying memorandum opinion, Bennett's motion for termination of supervised release, ECF No. 163, is **GRANTED** and his period of supervised release is **TERMINATED**.

It is so **ORDERED**.

ENTERED: April 12, 2022

Michael F. Urbanski
Chief United States District Judge